IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES DUNHAM, on behalf of himself                                                          PLAINTIFF
and all others similarly situated

v.                                      NO. 4:09CV00086 JLH

PORTFOLIO RECOVERY ASSOCIATES, LLC                                                       DEFENDANT

## ORDER

James Dunham's motion for an order compelling discovery is GRANTED. Document #40. Portfolio Recovery Associates, LLC, must provide full responses to the plaintiff's first set of interrogatories and first requests for production of documents on or before January 1, 2010. James Dunham's motion to amend the scheduling order is GRANTED. Document #42. The trial scheduled for January 25, 2010, will be continued. A new scheduling order will be entered separately.

IT IS SO ORDERED this 18th day of December, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE