**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JAMES DUNHAM                                                                                  PLAINTIFF

v.                                              NO.  4:09CV00086 JLH

PORTFOLIO RECOVERY ASSOCIATES, LLC                                   DEFENDANT

## ORDER

Plaintiff's third motion to compel discovery and for an award of sanctions is denied as moot.

Document #58.  Counsel for plaintiff has informed the Court that he has received the requested

information.  However, due to the voluminous nature of it, he has not had the opportunity to

determine if it is complete.  In the event any deficiencies are discovered, plaintiff may renew his

motion.

IT IS SO ORDERED this 24th day of May, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE